ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
Attorneys for Defendant
*Southern Highlands Community Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATESM SERIES 2006-OA21<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; GREY SPENCER DR TRUST; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00523-JCM-CWH<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING THE RESOLUTION OF THE NEVADA REAL ESTATE DIVISION MEDIATION PROCESS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATESM SERIES 2006-OA21, Defendants SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION ("HOA"), and ALESSI & KOENIG, LLC, by and through the respective undersigned counsel of record, that the current

{37927194;1}-1-

23053-ST
sao stay

litigation be **stayed** and the March 29, 2016 deadline for the Defendants to respond to Plaintiff's Complaint be **vacated** pending the resolution of the Nevada Real Estate Division ("NRED") Mediation. The Parties stipulate and agree as follows:

1. A claim that relates to the same subject matter of this lawsuit was filed with NRED on or about July 24, 2015;

2. An NRED mediator has been selected and the parties are in the process of scheduling the mediation. In that regard, it is anticipated that said mediation will take place in April or May of 2016;

3. Plaintiff filed its Complaint in this matter on March 9, 2016 (Doc. No. 1);

4. Plaintiff has not yet served its Summons and Complaint upon Defendant GREY SPENCER DR TRUST;

5. The HOA asserts the scope and focus of this matter and discovery for any remaining claims may be affected by the resolution of the NRED mediation; and

6. The Parties desire to avoid the time and cost of engaging in motions and discovery that resolution of the NRED mediation may make unnecessary.

Therefore, the undersigned parties stipulate and agree to stay the litigation in this matter for sixty days to allow time for the NRED process to be completed. After the expiration of sixty days from this Order, any remaining parties will submit a stipulation concerning the deadline for filing responsive pleadings to the Complaint.

. . . .

. . . .

. . . .

. . . .

. . . .

This Stipulation is being submitted in good faith and not for the purpose of causing any undue delay.

DATED this 28th day of March, 2016.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

  /s/ Seetal Tejura
SEETAL N. TEJURA, ESQ. (#8284)
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
*Attorney for Defendant*
*SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION*

DATED this 28th day of March, 2016.

AKERMAN LLP

  /s/ Melanie Morgan
MELANIE MORGAN, ESQ. (#008215)
DARREN T. BRENNER, ESQ. (#008386)
ALLISON R. SCHMIDT, ESQ. (#010743)
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff* THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATESM SERIES 2006-OA21

DATED this 28th day of March, 2016.

ALESSI & KOENIG, LLC

  /s/ Steve Loizzi
STEVE LOIZZI, JR., ESQ. (#10920)
9500 W. Flamingo, Suite 205
Las Vegas, Nevada 89147
*Attorney for Defendant*
ALESSI & KOENIG, LLC

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

## **ORDER**

IT IS SO ORDERED that the current March 29, 2016 deadline for Defendants to respond to Plaintiff's Complaint be vacated and the litigation be stayed for sixty days from the date of this Order so the matter may proceed through the NRED mediation process. Within sixty days from the date of this Order, any remaining parties must submit a stipulation to this Court to include a deadline for filing responsive pleadings to the Complaint.

DATED March 29, 2016

_____
UNITED STATES MAGISTRATE JUDGE /
UNITED STATES DISTRICT COURT JUDGE