DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>Plaintiffs,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; GREY SPENCER DR TRUST; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00523-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| GREY SPENCER DR TRUST,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>Counterdefendant. | |

The Bank of New York Mellon **BNYM** hereby provides notice Allison R. Schmidt, Esq., is

1

no longer associated with the law firm of Akerman LLP. **BNYM** requests Ms. Schmidt be removed from the CM/ECF service list. Akerman LLP will continue to represent **BNYM** and requests DARREN T. BRENNER, ESQ., and BRETT M. COOMBS, ESQ. receive all future notices.

Respectfully submitted, this 8th day of February, 2017.

**AKERMAN LLP**

/s/ *Brett M. Coombs, Esq.*
DARRENT T. BRENNER , ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS ESQ.
Nevada Bar No.12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 9, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| | |
|---|---|
| **Kurt R. Bonds**<br>Alverson Taylor Mortensen, et al<br>7401 W Charleston Blvd<br>Las Vegas, NV 89117-1401 | **Seetal Tejura**<br>Alverson Taylor Mortensen, et al<br>7401 W Charleston Blvd<br>Las Vegas, NV 89117-1401 |
| **Michael F. Bohn**<br>Law Office of Michael F. Bohn<br>376 East Warm Springs Rd., Ste. #140<br>Las Vegas, NV 89119 | |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

3