DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE RANSOM, ESQ.
Nevada Bar No.13535
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
　　　　　jesse.ransom@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>　　　　　　　　　　　Plaintiffs,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; GREY SPENCER DR TRUST; ALESSI & KOENIG, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No.: 2:16-cv-00523-JCM-CWH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL** |
| GREY SPENCER DR TRUST,<br><br>　　　　　　　　　　　Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>　　　　　　　　　　　Counterdefendant. | |

1

**NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL**

TO: The Clerk of Court and All Parties of Record:

Please take notice that Jason Zummo, Esq., of the law firm of Akerman, LLP, hereby withdraws as counsel of record for Plaintiffs The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21, and should be removed from the Court's service list with respect to the above referenced action. Akerman, LLP continues to serve as counsel for Defendants in this action.

All future correspondence and papers in this action should continue to be directed to Jesse Ransom, Esq. of Akerman, LLP.

DATED: April 6, 2017.

/s/ Jesse A. Ransom
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE RANSOM, ESQ.
Nevada Bar No.13535
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21*

IT IS SO ORDERED.

DATED: April 7, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 6th day of April, 2017, I caused to be served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

Kurt R. Bonds, Esq.
Seetal Tejura, Esq.
Alverson Taylor Mortensen, et al
7401 W Charleston Blvd
Las Vegas, NV 89117-1401

*Attorneys for Southern Highlands Community Association*

Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89109

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

Michael F. Bohn, Esq.
Law Office of Michael F. Bohn
376 East Warm Springs Rd., Ste. #140
Las Vegas, NV 89119

*Attorneys for Grey Spencer Drive Trust*

Steven T. Loizzi, Jr., Esq.
Alessi & Koenig, LLC
9500 W. Flamingo, Suite 205
Las Vegas, Nevada 89147

*Attorneys for Alessi & Koenig, LLC*

/s/  Carla Llarena
An employee of AKERMAN LLP

3