# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-00523-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SOUTHERN HIGHLANDS COMMUNITY ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

Presently before the court is Plaintiff Bank of New York Mellon, Defendant Southern Highlands Community Association, and Defendant Grey Spencer Dr Trust's joint stipulation to stay case due to Alessi & Koenig, LLC's bankruptcy (ECF No. 38), filed on February 28, 2017. This matter was referred to the undersigned for disposition on July 17, 2017.

The parties request that this case be stayed in its entirety under 11 U.S.C. § 362(a)(1), which bars the continuance of any action against a debtor in bankruptcy. Subsequent to filing this request to stay the case, the parties filed a stipulation to extend discovery in which they represented to the court that the automatic stay in the Alessi bankruptcy was lifted by the bankruptcy court. (Stip. (ECF No. 45) at 4.) The court therefore will deny the parties' stipulation to stay this case due to Alessi's bankruptcy as moot.

IT IS SO ORDERED.

DATED: July 18, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**