ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13535
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
         darren.brenner@akerman.com
         jesse.ransom@akerman.com

*Attorneys for the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; GREY SPENCER DR TRUST; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00523-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO GREY SPENCER DR TRUST'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 47]**<br><br>**(FIRST REQUEST)** |

1

GREY SPENCER DR TRUST,

                     Counterclaimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,

                     Counterdefendant.

       Pursuant to LR 1A 6-1, plaintiff the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21 (**BNYM**) and defendant Grey Spencer Dr Trust (**Grey Trust**) through their respective counsel, stipulate and request the court extend BNYM's response deadline to Grey Trust's motion for summary judgment (ECF No. 47) by 30 days.

       On May 31, 2017, the parties filed their stipulation and order to extend discovery deadlines (second request) as additional discovery is needed in this matter at outlined in the stipulation. (ECF No. 45). The court granted the stipulation extending the discovery cut-off deadlines to July 31, 2017. BNYM is still in the process of completing discovery.

       Grey Trust filed its motion for summary judgment on June 28, 2017. (ECF No. 47). The parties stipulate to extending BNYM's deadline by 30 additional days, to August 18, 2017, to allow BNYM additional time to complete discovery and prepare its opposition. Good cause exists to extend the deadline, as the extension will allow BNYM's counsel to finalize discovery and more fully review the points and authorities raised in the motion.

/ / /

/ / /

/ / /

This is BNYM's first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

Dated this 19th day of July, 2017.

| **LAW OFFICE OF MICHAEL F. BOHN, ESQ. LTD** | **AKERMAN LLP** |
|---|---|
| */s/Adam Trippiedi, Esq.*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI<br>Nevada Bar No. 10114<br>376 E. Warm Springs Rd., Ste. 140<br>Las Vegas, Nevada 89119<br>Telephone:    (702) 642-3113<br><br>*Attorneys for Defendant Grey Spencer Dr Trust* | */s/ Jesse A. Ransom, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JESSE A. RANSOM, ESQ.<br>Nevada Bar No.13535<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2017

3