ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13535
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
darren.brenner@akerman.com
jesse.ransom@akerman.com

*Attorneys for the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; GREY SPENCER DR TRUST; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00523-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION** |

42384448;2

1

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

|||
|---|---|
| GREY SPENCER DR TRUST, | |
| Counterclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21, | |
| Counterdefendant. | |

Plaintiff the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21 (**BNYM**) and defendant Southern Highlands Community Association (**Southern Highlands**) through their respective counsel, stipulate as follows.

1. All claims asserted by BNYM against Southern Highlands will be dismissed without prejudice, each side to bear its own fees and costs.

2. Should BNYM prevail on its claim against defendant Grey Spencer Dr Trust (**Grey Spencer**) pursuant to *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), cert. denied 582 U.S. --- (June 26, 2017), and obtain a judgment preserving its interest in the deed of trust at issue in BNYM's complaint, upon the exhaustion of all appeals, the dismissal of the claims against Southern Highlands will become "with prejudice."

3. Should BNYM not prevail on its claim against Grey Spencer, upon the exhaustion of all appeals, BNYM will have six months from the date of any such final order to reinitiate claims against Southern Highlands. Should BNYM not reinitiate its claims against Southern Highlands in that time period, the dismissal of the claims against Southern Highlands will become "with prejudice."

/ /

/ /

/ /

4. Any statute of limitations on any and all claims against Southern Highlands shall be tolled from the date the complaint was filed, on March 9, 2016, until the expiration of the six-month period described in the preceding paragraph.

Dated this 21st day of July, 2017.

| **ALVERSON, TAYLOR, MORTENSEN & SANDERS** | **AKERMAN LLP** |
|---|---|
| */s/Kurt R. Bonds, Esq.*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 006228<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, Nevada 89149<br>Telephone: (702) 384-7000<br><br>*Attorney for Defendant Southern Highlands Community Association* | */s/ Darren T. Brenner, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JESSE A. RANSOM, ESQ.<br>Nevada Bar No.13535<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 3, 2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2017, service of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 006228
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
*Attorney for Defendant Southern Highlands Community Association*
*Attorneys for Southern Highlands Community Association*

Michael F. Bohn
Law Office of Michael F. Bohn
376 East Warm Springs Rd., Ste. #140
Las Vegas, NV 89119
702-642-3113
Fax: 702 642-9766
Email: mbohn@bohnlawfirm.com

*Attorney for Grey Spencer Trust*

                                                    */s/ Jill Sallade*
                                                    An employee of AKERMAN LLP

42384448;2