ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
　　　　darren.brenner@akerman.com
　　　　donna.wittig@akerman.com

*Attorneys for the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; GREY SPENCER DR TRUST; ALESSI & KOENIG, LLC,<br><br>　　　　　　　　Defendants. | Case No.: 2:16-cv-00523-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO GREY SPENCER DR TRUST'S MOTION TO STRIKE JURY DEMAND [ECF NO. 63]**<br><br>**(FIRST REQUEST)** |

43210489;1

| | |
|---|---|
| 1 | GREY SPENCER DR TRUST, |
| 2 | Counterclaimant, |
| 3 | vs. |
| 4 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA21, |
| 8 | Counterdefendant. |

Pursuant to LR 1A 6-1, plaintiff the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21 (**BNYM**) and defendant Grey Spencer Dr Trust (**Grey Trust**) through their respective counsel, stipulate and request the court extend BNYM's response deadline to Grey Trust's motion to strike jury demand (ECF No. 63) by 18 days.

Grey Trust filed its motion to strike jury demand. (ECF No. 63). The parties stipulate to extending BNYM's deadline by 18 additional days, to November 17, 2017, to allow BNYM additional time to prepare its opposition. Good cause exists to extend the deadline, as the extension will allow BNYM's counsel to more fully review the points and authorities raised in the motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

43210489;1

This is BNYM's first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

Dated this 27th day of October, 2017.

| **LAW OFFICE OF MICHAEL F. BOHN, ESQ. LTD** | **AKERMAN LLP** |
|---|---|
| */s/ Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI <br> Nevada Bar No. 10114 <br> 376 E. Warm Springs Rd., Ste. 140 <br> Las Vegas, Nevada 89119 <br> Telephone: (702) 642-3113 <br><br> *Attorneys for Defendant Grey Spencer Dr Trust* | */s/ Donna M. Wittig* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1160 N. Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiff the Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass-Through Certificates, Series 2006-OA21* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2017

3

43210489;1